UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 5:21-cr-00007-GFVT-CJS |
| V. | ) | |
| LUIS ANGEL SANTOS-PEREZ, | ) | **ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon a Recommended Disposition filed by United States Magistrate Judge Candace Smith. [R. 124.] Defendant Luis Angel Santos-Perez filed a motion to modify his sentence pursuant to 28 U.S.C. § 2255. [R. 108.] In Mr. Santos Perez's motion, he asserts one claim: ineffective assistance of counsel. *Id.* Consistent with local practice, Judge Smith reviewed the motion and prepared a Recommended Disposition denying Mr. Santos-Perez's Motion. [R. 124.] Because the fourteen-day objection period has expired with no objections, the matter is now ripe for review.

In December 2022, Defendant Santos-Perez pled guilty to aiding and abetting his co-defendant with possession with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine hydrochloride, in violation of 2 1 U.S.C. § 84l(a)(l) and 18 U.S.C. § 2. [R. 35.] On February 18, 2022, Santos-Perez was sentenced to 70-months imprisonment, followed by a 5-year term of supervised release. [R. 103.]

Santos-Perez has now filed a 2255 motion, charging that he was here legally at the time of his arrest under D.A.C.A. and he would like to reapply for D.A.C.A. status once his sentence

is finished. [R. 108 at 4.] After considering the record, Judge Smith determined that Mr. Santos-Perez is not entitled to relief under 28 U.S.C. § 2255.

Judge Smith found that Mr. Santos-Perez's motion fails because he requested an improper form of relief, and he could not sufficiently demonstrate deficient performance or prejudice in his representation and the record did not support Mr. Santos-Perez's position. [R. 124 at 4.] Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's Report and Recommendation are also barred from appealing a district court's order adopting that Report and Recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). No objections to the Report and Recommendation have been filed, and the time to do so has now expired. Nevertheless, this Court has considered the record, and it ultimately agrees with Judge Smith's recommendation. Furthermore, the Court declines to issue a certificate of appealability. The Court determines that reasonable jurists would not find the denial of Mr. Santos-Perez's § 2255 motion debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED**:

1. Magistrate Judge Smith's Report and Recommendation [**R. 124**] as to Defendant Luis Angel Santos-Perez is **ADOPTED** for the Opinion of the Court;

2. Mr. Santos-Perez's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence **[R. 108]** is **DENIED**;

3. A Certificate of Appealability is **DENIED** as to all issues raised by Defendant;

    4.    **JUDGMENT** in favor of the United States will be entered contemporaneously Herewith.

This the 17th day of January 2025.

/s/ Gregory F. Van Tatenhove
Gregory F. Van Tatenhove
United States District Judge